```
 1  CRAIG J. STEIN (SBN 98041)
    THE STEIN LAW FIRM
 2  801 S. Figueroa Street, 12th Floor
    Los Angeles, CA 90017
 3  Telephone: (213) 233-2271
    Facsimile: (213) 622-1444
 4  Email: craig@craigsteinlaw.com

 5  NORMAN SIEGEL (Pro Hac Vice Admitted)
    SIEGEL TEITELBAUM & EVANS, LLP
 6  260 Madison Avenue, 22nd Floor
    New York, NY 10016
 7  Telephone: (212) 455-0300
    Facsimile: (212) 448-0066
 8  Email: nsiegel@stellp.com

 9  PAUL H. LEVINSON (Pro Hac Vice Admitted)
    MCLAUGHLIN & STERN, LLP
10  260 Madison Avenue
    New York, NY 10016
11  Telephone: (212) 448-1100
    Facsimile: (212) 448-0066
12  Email: plevinson@mclaughlinstern.com

13  Counsel for Plaintiff
    Eunice Huthart
14
    (Counsel for Defendants Listed on Next Page)
15
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE HUTHART, | Case No. CV 13-4253 MWF (AJWx) |
| Plaintiff, | Honorable Michael W. Fitzgerald |
| v. | **STIPULATION REGARDING BRIEFING AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| NEWS CORPORATION, NI GROUP LIMITED f/k/a NEWS INTERNATIONAL LIMITED, NEWS GROUP NEWSPAPERS LIMITED, and JOHN and JANE DOES 1-10, | |
| | [Filed concurrently with [Proposed] Order] |
| Defendants. | |
| | Complaint Filed: June 13, 2013 |

STIPULATION RE: BRIEFING AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS

LOUIS A. KARASIK (SBN 100672)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Telephone: (213) 576-1148
Facsimile: (213) 576-1100
Email: lou.karasik@alston.com

BRENDAN V. SULLIVAN, JR. (*Pro Hac Vice* Admitted)
JONATHAN B. PITT (*Pro Hac Vice* Admitted)
JOSEPH M. TERRY (*Pro Hac Vice* Admitted)
TOBIN J. ROMERO (*Pro Hac Vice* Admitted)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: bsullivan@wc.com
       jpitt@wc.com
       jterry@wc.com
       tromero@wc.com

*Counsel for Defendants*
News Corporation, NI Group Limited
f/k/a News International Limited, and
News Group Newspapers Limited

## **STIPULATION**

WHEREAS, Plaintiff Eunice Huthart ("Plaintiff") filed the above-titled action on June 13, 2013, naming News Corporation, NI Group Limited, and News Group Newspapers Limited ("Moving Defendants"), among others, as Defendants; and

WHEREAS, the Moving Defendants intend to file motions to dismiss for lack of personal jurisdiction, failure to state a claim and under the doctrine of *forum non conveniens* ("the Motions");

WHEREAS, the parties seek to present the issues in an efficient manner that avoids the unnecessary filing of multiple motions, briefs, and/or other papers by the several Moving Defendants in support of their Motions and multiple opposition and reply papers filed by the parties thereto;

WHEREAS, the parties have therefore agreed, subject to the approval of the Court, that the Moving Defendants will file a combined memorandum of points and authorities on behalf of all Moving Defendants in support of the Motions, Plaintiff will file a combined memorandum in opposition to the Motions and the Moving Defendants will file a combined memorandum in reply; and

WHEREAS, the parties have agreed that the Moving Defendants' consolidated brief in support of their Motions may consist of not more than 50 pages, that Plaintiff shall have the right to submit opposition papers consisting of a consolidated brief of not more than 50 pages, and the Moving Defendants will have the right to file a consolidated reply brief of not more than 30 pages (in each case, not including declarations and supporting exhibits); and

WHEREAS, the Moving Defendants propose to file their Motions and consolidated supporting brief on or before September 20, 2013; with Plaintiff having sixty (60) days following service of the motion to file her opposition papers, and the Moving Defendants having 30 days thereafter to file their consolidated reply;

1  WHEREAS, the parties request a hearing date on Monday, January 6, 2014 (or such other date as may be convenient to the Court); and

3  WHEREAS Plaintiff considers the issues to be complex and significant, and requests that the matter be set for oral argument.

6  WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned counsel, that:

1. Moving Defendants are granted leave to file a consolidated memorandum of points and authorities in support of their Motions on or before September 20, 2013, not to exceed 50 pages;

2. Plaintiff is granted leave to file a consolidated memorandum of points and authorities in opposition to the Motions on or before November 19, 2013, not to exceed 50 pages;

3. Moving Defendants are granted leave to file a consolidated memorandum of points and authorities in reply on or before December 19, 2013, not to exceed 30 pages;

4. The matter shall be set for hearing on January 6, 2014, subject to further order of the Court; and

5. The parties request that the Court set the matter for oral argument.

1  Dated: September 19, 2013

2

3  THE STEIN LAW FIRM                     ALSTON & BIRD LLP

4  By: _____             By:  /s/ Louis A. Karasik

5       Craig J. Stein                         Louis A. Karasik
        *Counsel for Plaintiff*                 *Counsel for Defendants*
6       Eunice Huthart                          News Corporation, NI Group
                                                Limited f/k/a News International
7                                               Limited, News Group Newspapers
                                                Limited
8

9  SIEGEL TEITELBAUM & EVANS, LLP         WILLIAMS & CONNOLLY LLP

10

11 By: _____             By:  /s/ Jonathan B. Pitt

12      Saralee Evans (*Pro Hac Vice*)         Brendan V. Sullivan (*Pro Hac Vice*)
        *Counsel for Plaintiff*                Joseph M. Terry (*Pro Hac Vice*)
13      Eunice Huthart                         Tobin J. Romero (*Pro Hac Vice*)
                                               Jonathan B. Pitt (*Pro Hac Vice*)
14                                             *Counsel for Defendants*
                                               News Corporation, NI Group
15                                             Limited f/k/a News International
                                               Limited, News Group Newspapers
16 MCLAUGHLIN & STERN, LLP                     Limited

17 By: _____

18      Paul H. Levinson (*Pro Hac Vice*)
        *Counsel for Plaintiff*
19      Eunice Huthart

20

21

22

23

24

25

26

27

28

3

STIPULATION RE: BRIEFING AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS

Dated: September 19, 2013

THE STEIN LAW FIRM

By: *Craig J. Stein* (digitally signed)

Craig J. Stein (Bar # 98041)
*Counsel for Plaintiff Eunice Huthart*

SIEGEL TEITELBAUM & EVANS, LLP

By: *Saralee Evans*

Saralee Evans (*Pro Hac Vice*)
*Counsel for Plaintiff Eunice Huthart*

McLAUGHLIN & STERN, LLP

By: *Paul H. Levinson*

Paul H. Levinson (*Pro Hac Vice*)
*Counsel for Plaintiff Eunice Huthart*

ALSTON & BIRD LLP

By: _____

Louis A. Karasik (Bar # 100672)
*Counsel for the Moving Defendants*

WILLIAMS & CONNOLLY LLP

By: _____

Jonathan B. Pitt (*Pro Hac Vice*)
*Counsel for the Moving Defendants*

---

3

STIPULATION RE: BRIEFING AND HEARING ON DEFENDANTS' FED. R. CIV. P. 12 MOTIONS