| | |
|---|---|
| 1 | CRAIG J. STEIN (State Bar No. 98041) |
| 2 | **THE STEIN LAW FIRM**<br>801 S. Figueroa Street, 12th Floor |
| 3 | Los Angeles, CA 90017<br>Telephone: (213) 233-2271 |
| 4 | Facsimile: (213) 622-1444<br>Email: craig@craigsteinlaw.com |
| 5 | NORMAN SIEGEL (*pro hac vice*) |
| 6 | **SIEGEL TEITELBAUM & EVANS, LLP**<br>260 Madison Avenue, 22nd Floor |
| 7 | New York, NY 10016<br>Telephone: (212) 455-0300 |
| 8 | Facsimile: (212)<br>Email: nsiegel@stellp.com |
| 9 | PAUL H. LEVINSON (*pro hac vice*) |
| 10 | **MCLAUGHLIN & STERN, LLP**<br>260 Madison Avenue |
| 11 | New York, NY 10016<br>Telephone: (212) 448-1100 |
| 12 | Facsimile: (212)<br>Email: plevinson@mclaughlinstern.com |
| 13 | *Counsel for Plaintiff* |
| 14 | Eunice Huthart |
| 15 | (Counsel for Defendants listed on Next Page) |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUNICE HUTHART, | Case No. CV 13-4253 MWF (AJWx) |
| Plaintiff, | Honorable Michael W. Fitzgerald |
| v. | **STIPULATION REGARDING AMENDED BRIEFING SCHEDULE AND CONTINUED HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| NEWS CORPORATION, NI GROUP LIMITED f/k/a NEWS INTERNATIONAL LIMITED, NEWS GROUP NEWSPAPERS LIMITED, and JOHN and JANE DOES 1-10, | |
| | [Filed concurrently with [Proposed] Order] |
| Defendants. | Complaint Filed: June 13, 2013 |

| | |
|---|---|
| 1 | LOUIS A. KARASIK (State Bar No. 100672) |
| | **ALSTON + BIRD LLP** |
| 2 | 333 South Hope Street |
| | Sixteenth Floor |
| 3 | Los Angeles, California  90071 |
| | Telephone:  (213) 576-1000 |
| 4 | Facsimile:  (213) 576-1100 |
| | Email:  lou.karasik@alston.com |
| 5 | |
| 6 | BRENDAN V. SULLIVAN, JR. (*Pro Hac Vice* Admitted) |
| 7 | JONATHAN B. PITT (*Pro Hac Vice* Admitted) |
| | JOSEPH M. TERRY (*Pro Hac Vice* Admitted) |
| 8 | TOBIN J. ROMERO (*Pro Hac Vice* Admitted) |
| | **WILLIAMS & CONNOLLY LLP** |
| 9 | 725 12th Street, N.W. |
| 10 | Washington, DC  20005 |
| | Telephone:  (202) 434-5000 |
| 11 | Facsimile:   (202) 434-5029 |
| 12 | Email:   bsullivan@wc.com |
| 13 | jpitt@wc.com |
| | jterry@wc.com |
| 14 | tromero@wc.com |
| 15 | |
| | *Counsel for Defendants* |
| 16 | News Corporation, NI Group Limited |
| 17 | f/k/a News International Limited, and |
| | News Group Newspapers Limited |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION RE: BRIEFING AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS

## STIPULATION

WHEREAS, Plaintiff Eunice Huthart ("Plaintiff") filed the above-titled action on June 13, 2013, naming News Corporation, NI Group Limited, and News Group Newspapers Limited (collectively the "News Defendants"), among others, as Defendants; and

WHEREAS, the News Defendants have filed motions under Fed. R. Civ. P. 12 to dismiss, on the grounds of (1) the court's lack of personal jurisdiction over certain defendants, (2) failure to state claims upon which relief may be sought, and alternatively (3) to dismiss on the grounds of *forum nonconveniens,* and

WHEREAS, Plaintiff has requested that the briefing schedule be revised as proposed below;

WHEREAS, Plaintiff desires there be a hearing on the motion and requests that the existing hearing date set for January 6, 2014, be continued to Monday, February 10, 2014, or at a date at the convenience of the Court's hearing calendar; and

WHEREAS, the News Defendants do not oppose Plaintiff's requests, provided they are acceptable to the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned counsel, that:

1. Plaintiff shall have until December 10, 2013, to file consolidated oppositions to the News Defendants' motion pursuant to F.R.C.P. Rule 12, with a brief to support their opposition not to exceed 50 pages;

2. Defendants shall have until January 28, 2014, to file a consolidated reply to Plaintiff's opposition to the motion, with a brief to support the reply not to exceed 30 pages;

1       3.    That a hearing on the News Defendants' motion to dismiss will be set, pursuant to the Court's calendar on either February 10, 2014, or such other date at the convenience of the Court's calendar.

Dated: November 6, 2013            Dated: November 6, 2013

THE STEIN LAW FIRM            ALSTON & BIRD LLP

By: /s/ Craig J. Stein            By:   /s/ Louis A. Karasik

Craig J. Stein            Louis A. Karasik

*Counsel for Plaintiff Eunice Huthart*            *Counsel for Defendants*