Norman Siegel, Pro Hac Vice
nsiegel@stellp.com
Saralee Evans, Pro Hac Vice
sevans@stellp.com
Herbert Teitelbaum, Pro Hac Vice
hteitelbaum@stellp.com
SIEGEL TEITELBAUM & EVANS, LLP
260 Madison Avenue - 22nd Floor
New York, NY 10016
(212) 455-0300

Steven J. Hyman, Pro Hac Vice
shyman@mclaughlinstern.com
Paul H. Levinson, Pro Hac Vice
plevinson@mclaughlinstern.com
Bruce A. Langer, Pro Hac Vice
blanger@mclaughlinstern.com
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100

Craig J. Stein (State Bar No. 98041)
craig@craigsteinlaw.com
THE STEIN LAW FIRM
801 S. Figueroa Street
12th Floor
Los Angeles, California 90017
Telephone:  (213) 233-2271
Facsimile:   (213) 622-1444

Attorneys for Plaintiff EUNICE HUTHART

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUNICE HUTHART, | CASE NO.: CV 13-4253 MWF (AJWx) |
| Plaintiff, | DECLARATION OF BRUCE A. LANGER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS |
| v. | |
| NEWS CORPORATION, *et al.*, | Honorable Michael W. Fitzgerald |
| Defendants. | DATE:     Feb. 10, 2014<br>TIME:      10:00 A.M.<br>Courtroom: 1600 |

I, Bruce A. Langer, hereby declare as follows:

1. I am a member of McLaughlin & Stern, LLP, one of the attorneys for Plaintiff in this action.

2. I submit this declaration in opposition to Defendants' motion to dismiss the complaint.

3. In response to Defendants' contentions that only UK conduct is involved in this case – *see, e,g*., Defendants' Memorandum at pps. 7 ("[This lawsuit] involves a UK citizen suing on the basis of alleged UK conduct undertaken by UK citizens acting on behalf of a UK corporation, and all relevant witnesses and evidence are located in the UK"), 15 and 26 – we submit the following in the paragraphs below, for consideration by the Court.

4. In News Corporation's SEC-filed Form 10-K dated September 20, 2013, Defendant states under the heading, "The Company Faces Investigation Regarding Allegations of Voice-mail Interception, Illegal Data Access, Inappropriate Payments to Public Officials, Obstruction of Justice and Other Related Matters and Related Civil Lawsuits," that:

> "<u>UK and US regulators and governmental authorities are conducting investigations relating to voice-mail interception, illegal data access, inappropriate payments to public officials and obstruction of justice at its former publication, The News of the World, and at The Sun</u>, and related matters, which are referred to as the UK Newspaper Matters. The investigation by the US Department of Justice ("the DOJ") is directed at conduct that occurred within 21st Century Fox prior to the creation of the Company." ... The Company, together with 21st Century Fox, is cooperating with these investigations.
>
> The Company has admitted liability in many civil cases related to the voice-mail interception allegations and has settled many cases. The Company also announced a private compensation scheme under which parties could pursue claims against it. While additional civil lawsuits may be filed, no additional civil claims may be brought under the compensation scheme after April 8, 2013.
>
> The Company is not able to predict the ultimate outcome or cost of the civil claims or criminal matters. ...
>           \* \* \* \* \*

> It is possible that these proceedings and any adverse resolution thereof, including any fines or other penalties associated with any plea, judgment or similar result for which the Company will not be indemnified, could damage its reputation, impair the Company's ability to conduct its business and adversely affect its results of operations and financial condition. ..." (Emphasis added).

*See*, http://www.sec.gov/Archives/edgar/data/1564708/000119312513373501/d58 1644d10k.htm, at pgs. 20-21, 32-33, 43, 51, 62, among other pages. A true copy of the foregoing Form 10-K is attached hereto as Exhibit 1.

     5.    *The New York Times*, in an article dated July 29, 2011, and entitled "Precautions at New York Post as Tabloid Inquiry Expands," reported that employees of *The New York Post* "were told Friday to <u>keep any documents that may pertain to the kind of illegal activity</u> that has led to arrests and a widening investigation at the News Corporation's British Newspapers."

> "An e-mail to Post journalists on Friday afternoon said <u>News Corporation lawyers had ordered them not to discard anything that relates to any unauthorized access of personal data</u> or payments to government officials.
>
> "The directive was the clearest sign yet that the company's lawyers believe the scope of two early stage investigations in the United States ... could broaden."
>
> \* \* \* \* \*
>
> Officials familiar with the investigation, who declined to be identified discussing department inquiries, said ... <u>while the United States attorney's office for the Southern District of New York is examining whether there were any voice-mail intrusions on United States soil</u>." (Emphasis added).

*See*, http://www.nytimes.com/2011/07/30/world/30post.html. A true copy of the foregoing article is attached hereto as Exhibit 2.

1       6.     A true copy of the Consolidated and Amended Class Action Complaint in *Wilder, et al. v. News Corps, et al.* Civil Action No. 1:11-cv-04947-PGG (S.D.N.Y. July 31, 2011) is attached hereto as Exhibit 3.

      7.     A true copy of the Verified Amended Shareholder Derivative Complaint in *Shields v. Murdoch*, Civ. No. 1:11-cv-04917 (S.D.N.Y. Aug. 4, 2011) is attached hereto as Exhibit 4.

      8.     A true copy of the transcript from the March 6, 2013 staff meeting at The Sun, referenced as "David Henke, et. Al., Transcript: Rupert Murdoch Recorded at Meeting with Sun Staff, Exaro News, July 3, 2013" (which cannot be printed) is located at http://www.exaronews.com/articles/5026/transcript-rupert-murdoch-recorded-at-meeting-with-sun-staff.

      9.     Certain statistical and factual information regarding the U.S. film industry is located at http://www.statista.com/topics/964/film/#chapter1.

      10.     Certain website traffic information, *inter alia*, about *The Sun*, *The Sunday Times*, and *The Times*' websites is located at http://www.alexa.com/siteinfo/thesun/co/uk, http://www.alexa.com/siteinfo/sunday-times.co.uk, and http://www.alexa.com/siteinfo/timesonline.co.uk, respectively.

      11. A true copy of British Film Institute, BFI Statistical Yearbook 2013 is attached hereto as Exhibit 5.

      12.     A true copy of NEWS CORPORATION ANNUAL REPORT 2012 (including page 102) is annexed hereto as Exhibit 6.

      13.     Certain factual information concerning two of the Defendants, NC and NI, is located at http://news.co.uk/about-us/, http://news.co.uk/, and http://news.co.uk/board-and-investors/.

      14.     A true copy of the House of Lords Select Committee on Communications official publication entitled "THE OWNERSHIP OF THE NEWS: VOL. I: REPORT, June 27, 2008" is attached hereto as Exhibit 7.

1  15. A true copy of an article from the online edition of *The Guardian*
2  newspaper, entitled "'Target evaluation list' from Glenn Mulcaire's notes," including
3  attached "Target Evaluation" list is located at http://www.theguardian.com/uk-news/
4  interactive/2013/nov/12/glenn-mulcaire-notes. A true copy of the foregoing article and
5  attachment are attached hereto as Exhibit 8.

6  I declare under penalty of perjury that the foregoing is true and correct.
7  Executed this 9th day of December, 2013 at New York, New York.

/S/

_____
Bruce A. Langer