UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 13-4253-MWF(JCx)**                              Date: **February 24, 2014**

Title:       Eunice Huthart -*v*- News Corporation, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                   Rosalyn Adams
    Courtroom Deputy                               Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
    Craig J. Stein                              Louis Karasik
    Norman H. Siegel                            Joseph M. Terry
    Paul H. Levinson                            Jonathan B. Pitt
    Sara Lee Evans
    Bruce A. Langer
    Steven J. Hyman

PROCEEDINGS:        DEFENDANTS' MOTION TO DISMISS [41]


    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance.  The Court hears oral argument from counsel and takes the matter under submission.

    IT IS SO ORDERED.


Initials of Deputy Clerk  rs
(Rev. 10/1/04)                                                                                :56