UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   CV-13-04253-MWF (AJWx)                    Date:  February 25, 2014
Title:     Eunice Huthart -v- News Corporation, et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

          Deputy Clerk:                              Court Reporter:
          Rita Sanchez                              Not Reported

          Attorneys Present for Plaintiff:        Attorneys Present for Defendant:
          None Present                              None Present

**Proceedings (In Chambers):**   ORDER RE: SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION TO DISMISS [41]

     This matter is before the Court on the Motion to Dismiss Under FRCP Rules 12(b)(2), 12(b)(6), and for Forum Non Conveniens (the "Motion"), filed by Defendants News Corporation ("News Corp."), NI Group Limited f/k/a News International Limited ("NI"), and News Group Newspapers Limited ("NGN").  (Docket No. 41). The Court held a hearing on this Motion on February 24, 2014.

     As discussed at the hearing, Defendants raised the argument in their Reply in Support of Defendants' Motion to Dismiss (Docket No. 54) that Plaintiff Eunice Huthart would be able to bring a lawsuit in "the regular civil litigation processes of the courts of England and Wales, separate and apart from the MTVIL [Mobile Telephone Voicemail Interception Litigation] or the Voluntary Compensation Scheme" (*id.* at 4). This issue was then discussed at today's hearing.

     A key factor in the forum non conveniens analysis is whether the United Kingdom provides an adequate alternative forum.  Accordingly, it is important to this Motion to determine: (1) whether the MTVIL would accept Huthart's claim after the Second Tranche of claims has closed, either because Defendants consent to proceeding in the MTVIL or because a Third Tranche of claims is opened; and (2) whether Huthart would be able to bring a lawsuit in the regular civil litigation system of England and Wales, if the MTVIL is closed to her altogether.

---

**CIVIL MINUTES—GENERAL**                              1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV-13-04253-MWF (AJWx)**               **Date:  February 25, 2014**
**Title:**      Eunice Huthart -*v*- News Corporation, et al.

     Accordingly, Huthart and Defendants are each granted leave to file a supplemental memorandum of points and authorities addressing the above issues, limited to **ten pages** and due on or before **March 17, 2014**.  The ten pages is exclusive of any declarations or exhibits, but counsel are warned that any declarations should be strictly evidentiary and not disguised arguments.

     IT IS SO ORDERED.