Norman Siegel, Pro Hac Vice
nsiegel@stellp.com
Saralee Evans, Pro Hac Vice
sevans@stellp.com
Herbert Teitelbaum, Pro Hac Vice
hteitelbaum@stellp.com
SIEGEL TEITELBAUM & EVANS, LLP
260 Madison Avenue - 22nd Floor
New York, NY 10016
(212) 455-0300

Steven J. Hyman, Pro Hac Vice
shyman@mclaughlinstern.com
Paul H. Levinson, Pro Hac Vice
plevinson@mclaughlinstern.com
Bruce A. Langer, Pro Hac Vice
blanger@mclaughlinstern.com
McLAUGHLIN & STERN, LLP
260 Madison Avenue - 18th Floor
New York, NY 10016
(212) 448-1100

Craig J. Stein (State Bar No. 98041)
craig@craigsteinlaw.com
THE STEIN LAW FIRM
801 S. Figueroa Street - 12th Floor
Los Angeles, California 90017
Telephone: (213) 233-2271
Facsimile: (213) 622-1444

Attorneys for Plaintiff EUNICE HUTHART

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE HUTHART, <br> Plaintiff, <br> v. <br> NEWS CORPORATION, *et al.,* <br> Defendants. | CASE NO.: CV 13-4253 MWF (AJWx) <br><br> Honorable Michael W. Fitzgerald <br><br> PLAINTIFF'S OBJECTION TO DEFENDANTS' MARCH 21, 2014 FILING AND REQUEST THAT IT BE STRICKEN FROM THE RECORD <br><br> No Hearing Scheduled |

In his February 25, 2014 Order, U.S. District Judge Michael W. Fitzgerald posed two questions: (1) whether the Mobile Telephone Voicemail Interception Litigation ("MTVIL") would accept Huthart's claims; and (2) whether Huthart could bring her claims through the civil litigation system of England and Wales in the ordinary course ("English Civil Court Proceedings"). Order Re: Supplemental Briefing on Defendants' Motion to Dismiss, at 1 (Feb 25, 2014).

The Judge set March 17, 2014 as the deadline for all submissions. Plaintiff and Defendants complied within the time deadline. Thereafter, on the evening of March 21, 2014 Defendants filed an "Objection To Plaintiff's Supplemental Memorandum And Request To File Supplemental Declaration" which was filed concurrently with a second Declaration of Gerson A. Zweifach.

Plaintiff objects to the filing of these papers by Defendants, in particular, the new declaration by Zweifach.

The record in this case was closed at the time of the argument on the motion on February 24, 2014 but for the March 17th supplemental filings permitted by the Court. Now after all papers have been submitted by both sides and all arguments have been made in conformity with the Court's Order, Defendants unilaterally seek to augment and change the record in violation of this Court's Order. This Court should not permit such a presumptuous act by Defendants and should determine this motion on the record before it. It should not permit Defendants the opportunity to repeatedly change the facts so as to rebut arguments already before the Court. It should strike Defendants' March 21, 2014 filing from the record.

Dated: March 24, 2014

SIEGEL TEITELBAUM & EVANS, LLP

/s/ Norman Siegel
Norman Siegel
Saralee Evans
Herbert Teitelbaum

-continued-

2   Objection to Defendant's Supplemental Filing

McLAUGHLIN & STERN LLP

/s/ Steven J. Hyman
Steven J. Hyman
Paul H. Levinson
Bruce A. Langer

THE STEIN LAW FIRM

/s/ Craig J. Stein

Attorneys for Plaintiff