Brad Greenspan, Pro Se
264 South La Cienega
Suite 1216
Beverly Hills, CA 90211

FILED
2014 MAY -2 PM 4:12

*Lodged Proposed order & complaint*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE HUTHART, | Case No. CV 13-4253 MWF |
| Plaintiff, | Honorable Michael W. Fitzgerald |
| v. | |
| NEWS CORPORATION, NI GROUP LIMITED f/k/a NEWS INTERNATIONAL LIMITED, NEWS GROUP NEWSPAPERS LIMITED, and JOHN and JANE DOES 1-10 | **NOTICE OF MOTION TO INTERVENE** |
| Defendants. | Date: June 30, 2014<br>Time: 10:00 a.m.<br>Courtroom: 1600 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

1

PLEASE TAKE NOTICE

NOTICE OF MOTION TO INTERVENE

COME NOW PLAINTIFF-INTEVENORS Brad Greenspan, pursuant to Federal Rules of Civil Procedure to respectfully move the Court for an order granting an intervention in the above-captioned action. In support of this motion, the Plaintiff-Intervenor's memorandum of law in support of this motion for intervention accompanies this motion.

DATED:   May 1, 2014

Respectfully submitted,

*[signature]*

_____

Brad D. Greenspan, Pro Se
264 South La Cienega Blvd.
Suite 1216
Beverly Hills, CA 90211